# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEWAYNE BOYKINS**  **PETITIONER**
**ADC #095425**

v.  No. 4:23-cv-1200-DPM

**DEXTER PAYNE**  **DEFENDANT**

## ORDER

Motion, *Doc. 4*, granted. Boykins's objections to the recommendation are due by 6 May 2024.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 April 2024