IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEWAYNE BOYKINS**                                                    **PETITIONER**
**ADC #095425**

v.                          No. 4:23-cv-1200-DPM

**DEXTER PAYNE**                                                      **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 3*, and overrules Boykins's objections, *Doc. 6*. Fed. R. Civ. P. 72(b)(3). Boykins's petition will be dismissed without prejudice for lack of jurisdiction. Boykins must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2024