# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DEWAYNE BOYKINS  
ADC #095425                                                                 PETITIONER

v.                              No. 4:23-cv-1200-DPM

DEXTER PAYNE                                                               RESPONDENT

## JUDGMENT

Boykins's petition is dismissed without prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

_30 August 2024_